# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH MUGNAI, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KIRK CORPORATION, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:11-cv-01328 <br><br> Honorable Ruben Castillo |

## DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

The Kirk Employee Stock Ownership Plan and its former trustees Michael Albach, John Carroll, David Kirk, Donald Kirk, Lon Marchel, and Paul Rose ("Defendants"), hereby move this Court for leave to file the attached Notice of Supplemental Authority, *See Attachment 1*. The Notice seeks to advise the Court of a recent decision from the Seventh Circuit Court of Appeals, *Pearson v. Voith Paper Rolls, Inc.*, No. 09-3884 (7th Cir. Aug. 25, 2011), that is relevant to Defendants' pending Motion to Dismiss.

Defendants respectfully request that this Court grant their Motion for Leave to File Notice of Supplemental Authority.

Dated: September 7, 2011     Respectfully submitted,

                                                                              */s/ Geoffrey Belzer*
                                           Josh M. Kantrow (ARDC No. 6231027)
                                           Geoffrey Belzer (ARDC No. 6292223)
                                           **Wilson Elser Moskowitz Edelman &**
                                                 **Dicker LLP**
                                           55 W. Monroe Street, Suite 3800
                                           Chicago, Illinois 60603-5001
                                           Geoffrey.Belzer@wilsonelser.com
                                           P: (312) 821-6116

1040724.1

F: (312) 704-1522

Carol Connor Cohen
Caroline Turner English
Alison Lima Andersen
**Arent Fox LLP**
1050 Connecticut Ave., NW
Washington, DC 20036
P: (202) 857-6000
F: (202) 857-6395

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

   Geoffrey Belzer certifies that he caused to be served a true copy of this **DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** upon the Electronic Mail Notice List through the ECF System (unless otherwise indicated) which sent notification of such filing via electronic means on September 7, 2011.

                   */s/ Geoffrey Belzer*
                   Geoffrey Belzer
                   Wilson Elser Moskowitz Edelman &
                    Dicker LLP
                   55 W. Monroe Street, Suite 3800
                   Chicago, Illinois 60603-5001
                   (312) 821-6116